UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Benjamin Rodriguez,<br><br>    Petitioner<br><br>v.<br><br>Clark County Detention Center, et al.,<br><br>    Respondents | Case No. 2:22-cv-01355-JAD-NJK<br><br>**Order Dismissing Petition and Closing Case**<br><br>**[ECF No. 1-1]** |

*Pro se* Petitioner Benjamin Rodriguez filed his habeas petition without paying the $5.00 habeas filing fee or submitting an application to proceed *in forma pauperis* ("IFP").[1] I therefore ordered Rodriguez to either pay the $5 filing fee or submit a complete IFP application with all required attachments by September 30, 2022.[2] In response, he filed an incomplete IFP application,[3] so I gave Rodriguez one more chance to comply.[4] He was warned that a failure to comply by submitting a complete IFP application or paying the filing fee by October 21, 2022, would result in the dismissal of this action without prejudice and without further advance notice.[5] The October 21, 2022, deadline has expired, and the petitioner has not filed a completed IFP application, paid the $5 filing fee, requested an extension of time, or taken any other action to prosecute this case.

IT IS THEREFORE ORDERED that Petitioner Benjamin Rodriguez's Petition for Writ of Habeas Corpus **[ECF No. 1-1] is DISMISSED WITHOUT PREJUDICE** based on his failure to comply with the court's orders [ECF Nos. 4, 6] or the local rules of practice. And

---

[1] ECF No. 1-1.
[2] ECF No. 4.
[3] ECF No. 5.
[4] ECF No. 6.
[5] *Id*.

because jurists of reason would not find dismissal of the petition to be debatable or wrong, a certificate of appealability is denied.

IT IS FURTHER ORDERED that the Clerk of the Court is instructed to:

- **FILE** the petition for a writ of habeas corpus [ECF No. 1-1].
- **DIRECT INFORMAL ELECTRONIC SERVICE** upon respondents under Rule 4 of the Rules Governing Section 2254 Cases by adding Nevada Attorney General Aaron D. Ford as counsel for respondents and sending a notice of electronic filing to his office for the petition [ECF Nos. 1-1], this order, and all other filings in this matter. No response is required from respondents other than to respond to any orders of a reviewing court.
- **ENTER FINAL JUDGMENT** dismissing this action without prejudice and **CLOSE THIS CASE**.

_____
U.S. District Judge Jennifer A. Dorsey
October 31, 2022